IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH A. SMITH,

    Plaintiff,                    No. CIV S-09-1243 GGH P

    vs.

SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.             <u>ORDER</u>

_____/

        By an order filed June 1, 2009, plaintiff was ordered to file a certified copy of his prison account statement for the six month period immediately preceding the filing of the complaint within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filing a certified copy. On May 15, 2009, plaintiff filed his consent to the jurisdiction of the undersigned (docket no. 4).

        Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice.

DATED: August 3, 2009

                                  /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE

smit1243.fifp

1